## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CELISE R. ROXBY,

      PLAINTIFF,

vs.

                                 CIVIL ACTION NO.: 5-18-CV-00028

WILLIAM KEITH REDMAN, JR.,
CRISTIN RAE REDMAN, ROBERT
ALLEN SKVARKA, BENWOOD-MCMECHEN
HOUSING AUTHORITY, BAYER
HERITAGE FEDERAL CREDIT UNION, MARSHALL
COUNTY COMMMISSION, HILL APPRAISALS,
LLC, JODY HILL, J & J, LLP, THOMAS YOUNG,
CHANGE, INC. AND NORTHERN PANHANDLE
HOME CONSORTIUM,

      DEFENDANTS.

### PARTIAL DISMISSAL ORDER

On a previous day came the plaintiff, Celise R. Roxby, by and through undersigned counsel, and defendants, Marshall County Commission, Robert Allen Skvarka, Benwood-McMechen Housing Authority, Bayer Heritage Federal Credit Union, Hill Appraisals, LLC, Jody Hill, J & J, LLP, Thomas Young, and Northern Panhandle Home Consortium, by and through undersigned counsel, and represented to the Court that all individual claims and matters against the aforementioned defendants in Civil Action No. 5: 18-CV-0028 have been compromised and settled. Whereupon, the parties jointly move the Court for an Order dismissing the individual claims of plaintiff Celise R. Roxby against these Defendants in Civil Action No. 5:18-CV-0028 with prejudice. The case shall proceed against Defendants William Keith Redman, Jr. and Cristin Rae Redman.

Upon due consideration and hearing no objection thereto, the Court does hereby **GRANT** said Motion and does hereby **ORDER, ADJUDGE and DECREE** that the claims of Celise R.

1

Roxby against the defendants, Marshall County Commission, Robert Allen Skvarka, Benwood-McMechen Housing Authority, Bayer Heritage Federal Credit Union, Hill Appraisals, LLC, Jody Hill, J & J, LLP, Thomas Young, and Northern Panhandle Home Consortium in Civil Action No. 5:18-CV-0028 are hereby **DISMISSED WITH PREJUDICE.**

The Clerk is directed to send a Certified Copy of this Order to all counsel of record.

Entered this **23rd** day of **April**, 2019.

Honorable Judge John Preston Bailey

Prepared By:

Thomas E. Buck, Esq.
W. Va. Bar ID #6167
Morgan S. McKee, Esq.
W. Va. Bar ID #12669
BAILEY & WYANT, P.L.L.C.
1219 Chapline Street
Wheeling, WV 26003
Telephone: (304) 233-3100
Fax: (304) 233-0201
*Counsel for Marshall County Commission*

FOR w/ PERMISSION
Ronald Wm. Kasserman, Esq.
W. Va. Bar ID # 1958
Kasserman Law Offices, PLLC
94 14th Street
Wheeling, WV 26003
*Counsel for Plaintiff*

FOR w/ permission
Aaron C. Boone, Esq.
W. Va. Bar ID #9479
Bowles Rice
United Square, Fifth Floor

2

501 Avery Street
Parkersburg, WV 26101
Telephone: (304) 420-5501
Facsimile: (304) 420-5587
*Counsel for J & J, LLP and Thomas Young*

William D. Wilmoth, Esq.   *w/ permission*
W. Va. Bar ID #4075
Steptoe & Johnson, PLLC
P.O. Box 751
Wheeling, WV 26003
Telephone: (304) 233-0000
*Counsel for Bayer Heritage Federal Credit Union*

Patricia Bello, Esq.   *w/ permission*
WV State Bar # 11500
Lewis Brisbois Bisgaard & Smith, LLP
222 Capitol Street, Fifth Floor
Charleston, WV 25301
(304) 553-0166 (T) / (304) 932-0265 (F)
*Counsel for Hill Appraisals and Jody Hill*

Thomas G. Steele, Esq.   *w/ permission*
W. Va. Bar ID # 4990
Charles R. Steele, Esq.
W. Va. Bar ID # 6539
Steele Law Offices
360 Lee Avenue
Clarksburg, WV 26301
(304) 624-4004
*Counsel for Benwood-McMechen Housing Authority
and Robert Allen Skvarka*