# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING

**CELISE R. ROXBY,**

    Plaintiff,

v.

**WILLIAM KEITH REDMAN, JR., et al.,**

    Defendants.

**CIVIL ACTION NO. 5:18-CV-28
(BAILEY)**

## ORDER GRANTING MOTIONS IN LIMINE

Pending before this Court are plaintiff's Motions in Limine [Docs. 73–75]. Objections to the Motions were due September 13, 2019. *See* [Doc. 39]. To date, defendants have not filed any objections nor sought any extension of the deadline. Having considered the Motions, and there being no objections to the same, plaintiff's Motions in Limine **[Docs. 73–75]** are hereby **GRANTED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: September 17, 2019.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE